**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6344**

---

TERRANCE L. REED,

        Plaintiff - Appellant,

    v.

UNKNOWN,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:23-cv-00839-JAG-MRC)

---

Submitted:  June 16, 2025                          Decided:  June 30, 2025

---

Before WYNN and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Terrance L. Reed, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance L. Reed appeals the district court's order dismissing his complaint without prejudice for failure to comply with a court order to pay the initial filing fee or affirm his inability to pay.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Reed v. Unknown*, No. 3:23-cv-00839-JAG-MRC (E.D. Va. Mar. 17, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
